In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00498-CV
_____


IN RE CITY OF BEAUMONT, TEXAS

_____

Original Proceeding
_____

**MEMORANDUM OPINION**

The City of Beaumont, Texas seeks a writ of mandamus compelling the trial court to rule on a plea to the jurisdiction before trial on the merits. Generally, a trial court deciding a plea to the jurisdiction has discretion to decide "whether the jurisdictional determination should be made at a preliminary hearing or await a fuller development of the case, mindful that this determination must be made as soon as practicable." *Tex. Dep't of Parks & Wildlife v. Miranda*, 133 S.W.3d 217, 227 (Tex. 2004); *see also Bland Indep. School Dist. v. Blue*, 34 S.W.3d 547, 554 (Tex. 2000).

After reviewing the records and after considering the arguments presented by relator and by the real party in interest, Justin Jackson, we conclude that the trial court acted within its discretion in deciding to allow further development of the facts of the case before ruling on the plea to the jurisdiction. Accordingly, we deny the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on November 26, 2014
Opinion Delivered December 18, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.